KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

NEFI D. ACOSTA (State Bar No. 311178)
nefi.acosta@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California  90071-3426
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants
ASSURANCE IQ, LLC and
ACTIVEPROSPECT, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FLORENTINO JAVIER, on behalf of himself and all others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> ASSURANCE IQ, LLC and ACTIVEPROSPECT, INC., <br><br> Defendants. | CASE NO. 4:20-cv-02860-JSW <br><br> **DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, Defendants Assurance IQ, LLC and ActiveProspect, Inc. (jointly, "Defendants") hereby file this corporate disclosure statement and certification of interested entities or persons. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Pursuant to Civil Local Rule 3-15, Defendants certify that, in addition to Defendants, the following listed persons, associates of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Prudential Financial, Inc.

    National Family Assurance Group, LLC

    Five Elms Capital

DATED: May 20, 2020                MUNGER, TOLLES & OLSON LLP

By:    */s/ Kelly M. Klaus*
       KELLY M. KLAUS

Attorneys for Defendants