KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

NEFI D. ACOSTA (State Bar No. 311178)
nefi.acosta@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
ASSURANCE IQ, LLC and
ACTIVEPROSPECT, INC

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FLORENTINO JAVIER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURANCE IQ, LLC and ACTIVEPROSPECT, INC.,<br><br>Defendants. | Case No. 4:20-cv-02860-JSW<br><br>**JOINT STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Judge: Hon. Jeffrey S. White |

Plaintiff Florentino Javier and Defendants Assurance IQ, LLC and ActiveProspect, Inc. ("Defendants"), by and through their respective counsel of record, stipulate as follows:

**WHEREAS**, on April 24, 2020, Plaintiff filed his Complaint against Defendants (Dkt. 1);

**WHEREAS**, Plaintiff has served both Defendants (Dkts. 14, 15);

**WHEREAS**, Defendants have requested, and Plaintiff has agreed, that Defendants have through and including June 30, 2020, within which to answer or otherwise respond to the Complaint;

**WHEREAS,** the Court has ordered the Parties submit a Joint Case Management Statement by July 24, 2020 and has scheduled an Initial Case Management Conference for July 31, 2020 (Dkt. 13);

**NOW THEREFORE,** the parties stipulate as follows:

1. Pursuant to Civil Local Rule 6-1(a), Defendants' deadline for answering or otherwise responding to the Complaint is extended through and including June 30, 2020.

2. This extension of time will not alter the date of any event or any deadline already fixed by Court Order, and therefore the Parties intend for the extension of time set forth in Paragraph 1 to be effectively immediately pursuant to Civil Local Rule 6-1(a).

**IT IS SO STIPULATED.**

DATED: May 20, 2020                     MUNGER, TOLLES & OLSON LLP

                                        By:  */s/ Kelly M. Klaus*
                                             KELLY M. KLAUS
                                             *Attorneys for Defendants*

-1-   Case No. 4:20-cv-02860-JSW
JOINT STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

1  DATED: May 20, 2020                            BURSOR & FISHER, P.A.

                                                  By:   */s/ Joel D. Smith*
                                                        JOEL D. SMITH

                                                  *Attorneys for Plaintiff*

## CIVIL LOCAL RULE 5-1 ATTESTATION

I, Kelly M. Klaus, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concurred in the filing of this document.

DATED: May 20, 2020                               MUNGER, TOLLES & OLSON LLP

                                                  By:   */s/ Kelly M. Klaus*
                                                        KELLY M. KLAUS