UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINO JAVIER,<br><br>   Plaintiff,<br><br>   v.<br><br>ASSURANCE IQ, LLC, *et al.*,<br><br>   Defendants. | Case No. 20-cv-02860-JSW<br><br>**JUDGMENT** |

   Pursuant to the Order issued this date granting Defendants' motion to dismiss without leave to amend, the Court HEREBY ENTERS JUDGMENT in favor of Defendants and against Plaintiff.

   **IT IS SO ORDERED**.

Dated: August 6, 2021

_____
JEFFREY S. WHITE
United States District Judge