UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINO JAVIER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASSURANCE IQ, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02860-JSW<br><br>**ORDER DIRECTING CLERK TO RE-OPEN CASE AND SETTING STATUS CONFERENCE**<br><br>Re: Dkt. Nos. 52, 53 |

　　　　Pursuant to the United States Court of Appeals order reversing and remanding the Court's Order dismissing Plaintiff's second amended complaint with prejudice, the Court HEREBY ORDERS that this case shall be reopened. The Court HEREBY SCHEDULES a status conference on July 22, 2022 at 11:00 a.m. The parties shall meet and confer, as that term is defined by the Northern District Civil Local Rules, and shall submit a joint status report by July 15, 2022.

　　　　**IT IS SO ORDERED**.

Dated: June 28, 2022

_____
JEFFREY S. WHITE
United States District Judge