**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: mroberts@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINO JAVIER, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>       v.<br><br>ASSURANCE IQ, LLC and ACTIVEPROSPECT INC.,<br><br>                              Defendants. | Case No. 3:20-cv-02860-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING SUBMISSION OF SHORT STATEMENT REGARDING RECENT DECISION**<br><br>Judge:  Hon. Charles R. Breyer |

1    Plaintiff Florentino Javier ("Plaintiff") and Defendants Assurance IQ, LLC and ActiveProspect, Inc. (collectively, "Defendants"), by and through their respective counsel of record, stipulate as follows:

1. On October 6, 2022, the Court set a hearing on Defendants' Second Motion to Dismiss the Second Amended Complaint (ECF No. 58) for December 16, 2022.

2. On December 15, 2022, the Court vacated the hearing and determined that the pending Motion would be decided on the briefing.

3. On December 22, 2022, Defendants submitted a Statement of Recent Decision pursuant to Civil L.R. 7-3(d)(2), submitting a copy of a decision in *Williams v. What If Holdings, LLC and ActiveProspect, Inc.*, Case No. 3:22-CV-03780-WHA, ECF No. 49 (N.D. Cal. Dec. 22, 2022) (ECF No. 70).

4. Because the *Williams* decision was issued on December 22, 2022, neither side had the opportunity to address the decision in briefing or at oral argument.

5. The parties have discussed the matter and agreed to request that the Court allow each side to submit a statement of up to one half of a page regarding the *Williams* decision. The parties believe there is good cause to allow each side to set forth its position regarding the decision. If the Court would like additional briefing on the *Williams* decision, the parties of course will provide that.

Plaintiff and Defendants therefore stipulate as follows:

Each side shall be permitted to submit ½-page (one half-page) response to the *Williams* decision by no later than one court day after the Court enters an Order approving this stipulation.

IT IS SO STIPULATED.

Dated: December 23, 2022          Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: */s/ Max S. Roberts*
      Max S. Roberts

Max S. Roberts (*Pro Hac Vice*)

888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
         jsmith@bursor.com

*Attorneys for Plaintiff*

By: */s/ Kelly M. Klaus* [1]
     Kelly M. Klaus

**MUNGER, TOLLES & OLSON LLP**
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendants*

---

[1] Electronically signed by the ECF filer of this document with the concurrence of Plaintiff's counsel. Civil L.R. 5-1(i)(3).

**[PROPOSED] ORDER**

Each side shall be permitted to submit ½-page (one half-page) response to the *Williams* decision by no later than one court day after the Court enters an Order approving this stipulation.

IT IS SO ORDERED.

DATED: _____

  
HONORABLE CHARLES R. BREYER  
UNITED STATES DISTRICT JUDGE

**DECLARATION OF MAX S. ROBERTS**

I, MAX S. ROBERTS, declare as follows:

1. I am admitted to practice before this Court *pro hac vice*. I am an associate at the law firm of Bursor & Fisher, P.A. and counsel of record for Plaintiff in this action. I submit this declaration pursuant to Civil L.R. 6-2(a) in support of the parties' Stipulation to Continue Hearing on Defendants' Second Motion to Dismiss the Second Amended Complaint. The matters stated in this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. On October 6, 2022, the Court set a hearing on Defendants' Second Motion to Dismiss the Second Amended Complaint (ECF No. 58) for December 16, 2022.

3. On December 15, 2022, the Court vacated the hearing and determined that the pending Motion would be decided on the briefing.

4. On December 22, 2022, Defendants submitted a Statement of Recent Decision pursuant to Civil L.R. 7-3(d)(2) regarding *Williams v. What If Holdings, LLC and ActiveProspect, Inc.*, Case No. 3:22-CV-03780-WHA, ECF No. 49 (N.D. Cal. Dec. 22, 2022) (ECF No. 70).

5. While Plaintiff normally would have responded to the *Williams* decision at oral argument, that was not possible because (i) the argument was vacated by the Court, and (ii) the decision was issued after the hearing date in any event.

6. Accordingly, on December 23, 2022, I contacted Defendants' counsel to request their consent to file a Motion for Administrative Relief Pursuant to Civil L.R. 7-11, in which Plaintiff would request leave to file a ½-page response to the *Williams* decision. That same day, Defendants' counsel responded that they would consent to the Motion for Administrative Relief so long as they too were provided the opportunity to file a ½-page response to the *Williams* decision. Because Defendants had not submitted substantive argument in their Statement of Recent Decision, I agreed to Defendants' proposal, and the Parties agreed to convert the proposed Motion to a Stipulation.

7. The proposed stipulated relief does not request an extension of time and does not delay or extend any other deadlines in the case schedule. Discovery is stayed until the resolution of

Defendants' Second Motion to Dismiss the Second Amended Complaint and no case management order has been entered in this case (ECF No. 57).

8. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on December 23, 2022 in New York, New York.

/s/ Max S. Roberts<br>
Max S. Roberts