IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINO JAVIER,<br><br>  Plaintiff,<br><br>v.<br><br>ASSURANCE IQ, LLC, et al.,<br><br>  Defendants. | Case No. 20-cv-02860-CRB<br><br>**JUDGMENT** |

For the reasons explained in the Court's order dismissing this case, <u>see</u> dkt. 95, judgment is hereby entered in favor of Defendants Assurance IQ, LLC and ActiveProspect Inc., and against Plaintiff Florentino Javier.

**IT IS SO ORDERED.**

Dated: June 9, 2023

CHARLES R. BREYER
United States District Judge